**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Nevada

Case number *(If known)*: _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

RECEIVED
AND FILED

2016 JUN 13  PM 2 54

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | DIANA _____<br>First name<br>CONSTANZA _____<br>Middle name<br>MOSQUERA _____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| | Bring your picture identification to your meeting with the trustee. | _____<br>Suffix (Sr., Jr., II, III) | _____<br>Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 1 0 2 4<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Debtor 1    DIANA CONSTANZA MOSQUERA                          Case number (if known)_____
            First Name    Middle Name        Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN ▬▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬
EIN

EIN ▬▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN ▬▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬
EIN

EIN ▬▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬
EIN

**5. Where you live**

11747 RED WATER CT
Number        Street

_____

LAS VEGAS                    NV      89183
City                         State   ZIP Code

CLARK
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                         State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                         State   ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                         State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1    DIANA MOSQUERA _____    Case number (if known)_____
First Name    Middle Name    Last Name

## Part 2:    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

❑ Chapter 11

❑ Chapter 12

❑ Chapter 13

**8. How you will pay the fee**

❑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

❑ Yes.    District _____    When _____    Case number _____
                                                             MM / DD / YYYY

               District _____    When _____    Case number _____
                                                             MM / DD / YYYY

               District _____    When _____    Case number _____
                                                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

❑ Yes.    Debtor _____    Relationship to you _____

               District _____    When _____    Case number, if known_____
                                                             MM / DD / YYYY

               Debtor _____    Relationship to you _____

               District _____    When _____    Case number, if known_____
                                                             MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.    Go to line 12.

❑ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

            ❑ No. Go to line 12.

            ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    DIANA MOSQUERA                                      Case number (if known)_____
             First Name    Middle Name    Last Name

---

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?    _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?  _____
                         Number        Street

_____

_____
City                              State        ZIP Code

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**

Debtor 1    <u>DIANA MOSQUERA</u>                                   Case number (if known)_____
            First Name    Middle Name    Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  DIANA MOSQUERA                              Case number (if known)_____
           First Name    Middle Name    Last Name

---

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____     _____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☑ No

    ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

| | | |
| --- | --- | --- |
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
| --- | --- | --- |
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
| --- | --- | --- |
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

x _Diana Mosquera_                              x _____
Signature of Debtor 1                              Signature of Debtor 2

Executed on  6  / 10 / 16                         Executed on _____
            MM / DD / YYYY                                       MM / DD / YYYY

| Debtor 1 | DIANA MOSQUERA | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☐ No
☑ Yes. Name of Person SHERRYL R. RAY DBA EZB ASSOCIATES
   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| X _Diana Mosquera_ | X _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 6 10 2016 | Date _____ |
| MM / DD / YYYY | MM / DD / YYYY |
| Contact phone 702 521 7261 | Contact phone _____ |
| Cell phone 702 521 7261 | Cell phone _____ |
| Email address dimo876@live.com | Email address _____ |

Certificate Number: 15725-NV-CC-027585344



15725-NV-CC-027585344

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 10, 2016</u>, at <u>4:07</u> o'clock <u>PM EDT</u>, <u>Diana Mosquera</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Nevada</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>June 10, 2016</u>               By:    <u>/s/Alisha Parekh</u>

                                        Name:  <u>Alisha Parekh</u>

                                        Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | **DIANA MOSQUERA** | |
| | First Name                    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name                    Middle Name | Last Name |

United States Bankruptcy Court for the: District of Nevada

Case number _____    Chapter 7
(If known)

## Official Form 119

# Bankruptcy Petition Preparer's Notice, Declaration, and Signature          12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 3. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Part 1:   Notice to Debtor

**Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.**

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer  SHERRYL R. RAY DBA EZB ASSOCIATES _____ **has notified me of**
                                    Name

**any maximum allowable fee before preparing any document for filing or accepting any fee.**

_____    Date 6/10/2016
Signature of Debtor 1 acknowledging receipt of this notice          MM / DD / YYYY

_____    Date _____
Signature of Debtor 2 acknowledging receipt of this notice          MM / DD / YYYY

Debtor 1    **DIANA MOSQUERA**                                    Case number (if known)_____
            First Name    Middle Name    Last Name

---

| Part 2: | Declaration and Signature of the Bankruptcy Petition Preparer |

---

**Under penalty of perjury, I declare that:**

- I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

- I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

- if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

**SHERRYL R. RAY DBA EZB ASSOCIATES**                         _____
Printed name                    Title, if any                     Firm name, if it applies

**PO BOX 232171**
Number          Street

**LAS VEGAS**              **NV**    **89105**       **702-203-6593**
City                      State    ZIP Code        Contact phone

**I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:**
*(Check all that apply.)*

☑ Voluntary Petition (Form 101)

☐ Statement About Your Social Security Numbers (Form 121)

☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)

☑ Schedule A/B (Form 106A/B)

☑ Schedule C (Form 106C)

☑ Schedule D (Form 106D)

☑ Schedule E/F (Form 106E/F)

☑ Schedule G (Form 106G)

☑ Schedule H (Form 106H)

☑ Schedule I (Form 106I)

☑ Schedule J (Form 106J)

☑ Declaration About an Individual Debtor's Schedules (Form 106Dec)

☑ Statement of Financial Affairs (Form 107)

☑ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)

☑ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)

☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)

☐ Chapter 7 Means Test Calculation (Form 122A-2)

☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)

☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)

☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)

☑ Application to Pay Filing Fee in Installments (Form 103A)

☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B)

☑ A list of names and addresses of all creditors (*creditor or mailing matrix*)

☐ Other _____

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

_____          3 4 3 - 6 2 - 7 1 0 4        Date 6-10-2016
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

**SHERRYL R. RAY DBA EZB ASSOC**
Printed name

_____          ___ ___ ___ - ___ ___ - ___ ___ ___ ___    Date _____
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

_____
Printed name

---

Official Form 119                Bankruptcy Petition Preparer's Notice, Declaration, and Signature                page 2

B2800 (Form 2800) (12/15)

# United States Bankruptcy Court
_____ District Of _____

In re _Mosyvena Diona_ _____          Case No. _____
          Debtor

                                                                 Chapter ____7____

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER
_[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]_

1.    Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For document preparation services I have agreed to accept.............................    $ _233_

Prior to the filing of this statement I have received...........................................    $ _233_

Balance Due.............................................................................................................    $ _0_

2.    I have prepared or caused to be prepared the following documents (itemize):

and provided the following services (itemize):  _Chapter 7 Bankrupty Petit_

3.    The source of the compensation paid to me was:
        ⊙ Debtor                  Other (specify)

4.    The source of compensation to be paid to me is:
        ⊙ Debtor                  Other (specify)

5.    The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.    To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME                               SOCIAL SECURITY NUMBER

_____    _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_          _6/10/2014_
      Signature                    Social Security number of bankruptcy        Date
                                  petition preparer*
_Sheila Day P2A 625 A, P.O. Box 232 17/1 Las Vegas NV 89105_
Printed name and title, if any, of        Address
Bankruptcy Petition Preparer

\* If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer. (Required by 11 U.S.C. § 110).

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

1    Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

2

3

4                      **UNITED STATES BANKRUPTCY COURT**

5                            **DISTRICT OF NEVADA**

6

7    In re: *(Name of Debtor)*              BK-

     DIANA MOSQUERA

8                                  Chapter: 7

9                                    VERIFICATION OF CREDITOR MATRIX

10                Debtor(s)

11

12     The above named Debtor hereby verifies that the attached list of creditors is true and correct to

    to the best of his/her knowledge.

13

14

15    Date _C/10/16_                        Signature _Diana Mosquera_

16

17

18

    Date _____           Signature _____

19

20

21

22

23

24

25

26

27    NVB 1007-1 (12/15)

28

                                          1

**CREDITOR LIST**
MOSQUERA, DIANA
XXX-XX-1024


UNITED STATES TRUSTEE
BANKRUPTCY NOTICE
300 LAS VEGAS BL SO #4300
LAS VEGAS, NV 89101

NEVADA DEPT (DMV)
ATTN LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV 89711

DEPT OF ETR
EMPLOYMENT SECURITY DIVISION
BANKRUPTCY NOTICE
500 EAST THIRD ST
CARSON CITY, NV 89713

DEPT OF TAXATION
BANKRUPTCY NOTICE
555 E WASHINGTON
LAS VEGAS, NV 89106

IRS
BANKRUPTCY NOTICE UNIT
110 CITY PARKWAY
LAS VEGAS, NV 89106

DIANA MOSQUERA
BANKRUPTCY NOTICE
11747 RED WATER CT
LAS VEGAS, NV 89183

ACS
BANKRUPTCY NOTICE
501 BLEEKER ST
UTICA, NY 13501

AMCA
BANKRUPTCY NOTICE
RE LABCORP
2269 S SAW MILL RIVER RD
ELMSFORD, NY 10523

AMERICOLLECT
BANKRUPTCY NOTICE
RE RAD ASSOC NV
1851 S ALVERNO
MANITOWOC, WI 54220

BAY BREEZE
BANKRUPTCY NOTICE
3125 WARM SPRINGS RD
HENDERSON, NV 89014

BUREAU COLLECTION RECOVERY
BANKRUPTCY NOTICE
RE IMAGINE MC
PO BOX 9001
MINNETONKA, MN 55345

CENTRAL PORTFOLIO
BANKRUPTCY NOTICE
RE CITIBANK
6640 SHADY OAK
EDEN PRAIRIE, MN 55344

CHASE
BANKRUPTCY NOTICE
PO BOX 7013
INDIANAPOLIS, IN 46207

CHECK CITY
BANKRUPTCY NOTICE
PO BOX 35227
LAS VEGAS, NV 89133

CHILDRENS HEART CENTER
BANKRUPTCY NOTICE
3006 S MARYLAND PKWY
LAS VEGAS, NV 89109

CLARK CTY HENDERSON JUSTICE
BANKRUPTCY NOTICE
RE 11CH004560
243 WATER ST
HENDERSON, NV 89009

COAST TO COAST
BANKRUPTCY NOTICE
RE PROGUARD PEST
101 HODENCAMP RD
THOUSAND OAKS, CA 91360

CREDIT BUREAU CTL
BANKRUPTCY NOTICE
RE NV ENERGY
PO BOX 29299
LAS VEGAS, NV 89126

CREDIT COLLECTION SVC
BANKRUPTCY NOTICE
RE ACN COMM
PO BOX 710
NORWOOD, MA 02062

CREDIT CONTROL
BANKRUPTCY NOTICE
RE COX COMM
PO BOX 120630
NEWPORT NEWS, VA 23612

DEPT OF EMPLOYMENT SECURITY
BANKRUPTCY NOTICE
PO BOX 2288
CARSON CITY, NV 89702

DESERT PERINATAL
BANKRUPTCY NOTICE
5761 S FT APACHE
LAS VEGAS, NV 89148

EOS CCA
BANKRUPTCY NOTICE
RE TMOBILE
700 LONGWATER DR
NORWELL, MA 02061

FIRST FINANCIAL ASSET
BANKRUPTCY NOTICE
RE HSBC
PO BOX 901
FORT MILL, SC 29716

FIRST NATIONAL COLL
BANKRUPTCY NOTICE
RE DIRECTV
610 WALTHAM WAY
SPARKS, NY 89434

GOLDS GYM
BANKRUPTCY NOTICE
16969 TEXAS AVAE STE 500
WEBSTER, TX 77598

GM FINANCIAL
BANKRUPTCY NOTICE
PO BOX 181145
ARLINGTON, TX 76096

GRANT AND WEBER
BANKRUPTCY NOTICE
RE GENESIS MED GROUP
861 CORONADO CENTER DR
HENDERSON, NV 89052

GREEN VALLEY OB GYN
BANKRUPTCY NOTICE
100 N GREEN VALLEY
HENDERSON, NV 89074

HSBC
BANKRUPTCY NOTICE
PO BOX 5253
CAROL STREAM, IL 60197

IC SYSTEM
BANKRUPTCY NOTICE
RE COX COMM
PO BOX 64378
ST PAUL, MN 55164

JEFFERSON CAPITAL
BANKRUPTCY NOTICE
RE IMAGINE MASTERCARD
16 MCLELAND RD
ST CLOUD, MN 56303

LAUGHLIN CONSTABLE
BANKRUPTCY NOTICE
RE 11CH004560
55 CIVIC WAY
LAUGHLIN, NV 89029

MONEY TREE
BANKRUPTCY NOTICE
PO BOX 58363
SEATTLE, WA 98138

NELNET
BANKRUPTCY NOTICE
3015 S PARKER RD
AURORA, CO 80014

NORTH VISTA PHYSICIANS
BANKRUPTCY NOTICE
PO BOX 846367
DALLAS, TX 75284

NORTHLAND GROUP
BANKRUPTCY NOTICE
RE CITIBANK
PO BOX 390846
EDINA, MN 55439

OCWEN
BANKRUPTCY NOTICE
PO BOX 740616
ATLANTA, GA 30374

OMEGA
BANKRUPTCY NOTICE
PO BOX 801688
KANSAS CITY, MO 64180

PN FINANCIAL ASSOC
BANKRUPTCY NOTICE
RE GLOBAL GROUP HOLD
PO BOX 1431
SKOKIE, IL 60076

PORTFOLIO RECOVERY
BANKRUPTCY NOTICE
RE SEARS NATL BANK
120 CORPORAT BL
NORFOLK, VA 23502

PROGRESSIVE FINANCIAL
BANKRUPTCY NOTICE
RE COX
PO BOX 22083
TEMPE, AZ 85285

RPM
BANKRUPTCY NOTICE
RE EMBARQ
20816 44TH AVE W
LYNNWOOD, WA 98036

SALLIE MAE
BANKRUPTCY NOTICE
PO BOX 9500
WILKES BARRE, PA 18773

SANTANDER CONSUMER
BANKRUPTCY NOTICE
PO BOX 961245
FT WORTH, TX 76161

SEAN P. HILLIN ESQ
BANKRUPTCY NOTICE
PO BOX 35227
LAS VEGAS, NV 89133

SPRING VALLEY HOSPITAL
BANKRUPTCY NOTICE
PO BOX 31001
PASADENA, CA 91110

SWIFT FUNDS
BANKRUPTCY NOTICE
RE GOLD S GYM
927 DEEP VALLEY DR
PALOS VERDES PENN, CA 90274